IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HOPKINS AG SUPPLY LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-12-1141-C |
| ) | |
| LARRY WRIGHT, an individual, and ) | |
| PHENIX SERVICES, a Florida ) | |
| Corporation, ) | |
| ) | |
| Defendants. ) | |

## AMENDED JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. As a result of that verdict, judgment was awarded to Plaintiff, Hopkins Ag Supply LLC, in the amount of $244,001.52, and against Defendants, Larry Wright and Phenix Services.

As the Court determined by ruling on Defendants' Larry Wright and Phenix Services Motion to Amend Judgment Amount (Dkt. No. 274), IT IS ORDERED, ADJUDGED AND DECREED that judgment be awarded to Plaintiff, Hopkins Ag Supply LLC, in the amount of $126,201.52, and against Defendants, Larry Wright and Phenix Services.

DATED this 17th day of November, 2017.

ROBIN J. CAUTHRON
United States District Judge